IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERICA NASHVILLE-HYTER, : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION 14-410-KD-C |
| SHERLENE NASHVILLE WHITE, *et al.*, : | |
| Defendants. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for lack of subject matter jurisdiction, or in the alternative, as a sanction for failure to obey the Court's order.

DONE and ORDERED this the 15th day of June 2015.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE